NO. 07-07-0456-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

APRIL 9, 2008

_____

IN THE INTEREST OF K.B.F.J., K.D.J., AND K.J., CHILDREN

_____

FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;

NO. 63,691-D; HONORABLE DON EMERSON, JUDGE

_____

Before QUINN, C.J., and HANCOCK and PIRTLE, JJ.

**MEMORANDUM OPINION**

On March 20, 2007, Appellant, Erika Lizette Fierro, filed a *Petition to Modify Parent-Child Relationship*, which the trial court denied.  Fierro timely perfected this appeal from the trial court's order and the appellate record has been filed.  Her brief was due to be filed on March 10, 2008, but has yet to be filed.  Also, no motion for extension of time was filed.  By letter from the Clerk of this Court dated March 17, 2008, Fierro was notified of the defect and directed to file the brief on or before March 27, 2008, noting that failure to

comply might result in dismissal of the appeal pursuant to the Texas Rules of Appellate Procedure.  Fierro did not respond and the brief remains outstanding.

Consequently, the appeal is dismissed for want of prosecution and failure to comply with a notice from the Clerk of this Court requiring a response or other action in a specified time.  *See* Tex. R. App. P. 38.8(a)(1) and 42.3(b) and (c).

Patrick A. Pirtle
Justice